UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____
EQUAL EMPLOYMENT OPPORTUNITY :
COMMISSION, :
            : Civil Action No.: 2:15-cv-01997-SDW-SCM
      Plaintiff, :
            :
RECEIVABLE MANAGEMENT, INC. :
D/B/A/, KRAMER AND ASSOCIATES, :   ORDER
            :
      Defendant. :
_____ :

This matter having been brought before the Court by Notice of Motion by Plaintiff Equal Employment Opportunity Commission (EEOC), and the Court having considered the moving papers and any opposition thereto, and for good cause having been shown;

IT IS ON THIS ____10th____ DAY OF ____May____, 2017 ORDERED,

(1) The Court finds that monetary relief is appropriate, in the following amounts: lost wages in the amount of $68,483, compensatory damages in the amount of $50,000, and punitive damages in the amount of $118,483;

(2) Pursuant to 42 U.S.C. § 1981a(b)(3)(A), the total of compensatory and punitive damages must be limited to $50,000; and

(3) Plaintiff's Motion for Entry of Default Judgment against Defendant in the amount of $118,483 be and hereby is GRANTED.

                  _____
                  Hon. Susan D. Wigenton, U.S.D.J.