UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>                 Plaintiff,<br><br>RECEIVABLE MANAGEMENT, INC.<br>D/B/A/, KRAMER AND ASSOCIATES,<br><br>                 Defendant. | Civil Action No.: 2:15-cv-01997-SDW-SCM |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that the Plaintiff Equal Employment Opportunity Commission recover from the defendant Receivable Management, Inc., d/b/a/ Kramer and Associates, the amount of one hundred and eighteen thousand, four hundred eighty-three dollars ($118,483). This action was decided by the Hon. Susan D. Wigenton, U.S.D.J. on a motion for default judgment.

*CLERK OF COURT*

**WILLIAM T. WALSH**

Date: 06/01/2017

*Signature of Clerk or Deputy Clerk*